**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NICOLE MORANO,              :
    Plaintiff,              :
               :
  v.              :        **CIVIL ACTION NO. 25-CV-3180**
               :
CORPORAL LARRY SIPPLE, et al.,              :
    Defendants.              :

**ORDER**

AND NOW, this 6th day of May 2026, upon consideration of Motions to Dismiss filed by the various Defendants (ECF Nos. 25, 34, 43), and Plaintiff Nicole Morano's Responses thereto (ECF Nos. 39, 40, 45), and for the reasons explained in the Court's accompanying Memorandum, it is **ORDERED** that:

1.    The Motion to Dismiss filed by Defendants Corporal Larry Sipple, Chief Michael Hawley, and the Sadsbury Township Police Department (ECF No. 25) is **DENIED IN PART**, to the extent that it seeks dismissal of Morano's claims for malicious prosecution in violation of the Fourth Amendment, retaliation in violation of the First Amendment, and abuse of process under state and federal law.  The Motion is **GRANTED** in all other respects.

2.    The Clerk of Court is **DIRECTED** to **TERMINATE** Chief Michael Hawley and the Sadsbury Township Police Department as Defendants.

3.    The Motions to Dismiss filed by Defendants Joseph McCool (ECF No. 34) and Carla Marino, Esq., (ECF No.43) are **DENIED IN PART**, to the extent that they seek dismissal of Morano's claim for abuse of process under state law.  The Motions and **GRANTED** in all other respects.

4.      Defendants Sipple, McCool, and Marino **SHALL FILE** responsive pleadings in accordance with Federal Rule of Civil Procedure 12(a)(4).

**BY THE COURT:**

*s/ Catherine Henry*
**CATHERINE HENRY, J.**
